**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00640-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

ERIC BROOKS,
ARDEN DENNIS,
LUIS SOLIS GONZALEZ, and
NATHANIEL VALENTINE,
JAMES BAXTER,

      Applicants for Intervention,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

      Defendant.
_____  _____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion for Leave to File First Amended Complaint in Intervention by Applicant James Baxter is GRANTED.


Dated:  August 14, 2008
_____