IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00640-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

 Plaintiff,

and

ERIC BROOKS,
ARDEN DENNIS,
LUIS SOLIS GONZALEZ, and
NATHANIEL VALENTINE,
JAMES BAXTER,

 Applicants for Intervention,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

 Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


 The Joint Motion of Applicant for Intervention James Baxter and Albertson's LLC to Clarify Motion for Leave to File First Amended Complaint (Doc 37 - filed August 19, 2008) is **GRANTED**. The Court withdraws Doc 35 and substitutes Exhibit 1 (Doc 33-2) to Baxter's Motion for Leave to File Amended Complaint in Intervention (Doc 33) as Exhibit 1 (Doc 23-1) to Baxter's Motion for Leave to Intervene as party Plaintiff (Doc 23).



Dated: August 14, 2008
_____