**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00640-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

and

ERIC BROOKS,
ARDEN DENNIS,
LUIS SOLIS GONZALEZ,
NATHANIEL VALENTINE,
JAMES BAXTER, and
JAMES HARTLEY,

       Applicants for Intervention,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     In light of Defendant's Response to Applicant James Hartley's Motion for Leave to Intervene as a party Plaintiff (Doc 46 - filed October 6, 2008), Applicant's Motion (Doc 42) is **GRANTED**.




Dated:  October 7, 2008
_____