IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00640-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

Plaintiff(s),

v.

ALBERTSON'S LLC, f/k/a Albertson's Inc.,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Plaintiff and Plaintiff-Intervenors' Motion of All Plaintiffs for Leave to Amend Scheduling Order (docket no. 54) is DENIED. Plaintiff and Plaintiff-Intervenors have failed to demonstrate "good cause" for amending the Rule 16 Scheduling Order as required by Section of 13 of the Scheduling Order and Fed. R. Civ. P. 16(b)(4) and D.C.COLO.LCivR 16.1. Plaintiffs' sole justification for proposing these amendments to the Rule 16 Scheduling Order is because of the six new additional plaintiffs. This court took into consideration the possibility of additional plaintiffs being added when this court originally entered the Rule 16 Scheduling Order and set deadlines to complete discovery with that possibility in mind.

Date: November 17, 2008