IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00640-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

ERIC BROOKS,
ARDEN DENNIS,
LUIS SOLIS GONZALEZ,
NATHANIEL VALENTINE,
JAMES BAXTER,
JAMES HARTLEY, and
STEVEN C. DADE,

      Intervenors,

v.

ALBERTSON'S LLC, f/k/a Albertson's, Inc.,

      Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Stay Proceedings (Doc 91 - filed February 17, 2009) is **GRANTED**. The parties are directed to file a status report **on or before March 20, 2009**.

Dated: February 18, 2009
_____